

# MKC LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

March 18, 2022

<u>Via ECF; Total Pages: 1</u>
Hon. Laura Taylor Swain, U.S.D.J.
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

## MEMO ENDORSED

Re:   Ramirez v. N&M Food Wholesale Supply Inc. et al.
      Docket No.: 1:20-cv-09557-LTS-JLC

Dear Judge Swain:

This office represents Defendants in the above referenced matter. The parties jointly submit this letter to respectfully request an adjournment of the Final Pretrial Conference currently scheduled for Friday, April 1, 2022, at 11:00 a.m. Per the Court's Pretrial Scheduling Order entered on November 19, 2021, the parties are to (1) submit a Pretrial Joint Statement, and (2) file Proposed Findings of Fact and Conclusions of Law or proposed Voir Dire, Requests to Charge and Verdict Form by March 25, 2022. On March 15, 2022, the parties requested a second referral back to mediation, which was granted by the Court on March 16, 2022. The Court ordered that the mediation is to be completed by April 29, 2022. As such, the parties jointly request the above deadlines for filing the Pretrial Conference materials and the Conference date be adjourned until after the completion of mediation.

The parties are currently waiting for a mediator to be assigned and to engage in mediation scheduling discussions with the assigned mediator. This is the first request for an adjournment in this matter.

Thank you for your consideration and kind courtesies in addressing this matter.

Application granted.  The final pretrial conference currently scheduled for April 1, 2022, is adjourned to May 20, 2022, at 11:00 a.m.  The deadlines set forth in the Court's Pretrial Scheduling Order (docket entry no. 51) are extended accordingly.  All other provision of the Pretrial Scheduling Order remain in effect.   DE#55 resolved.
SO ORDERED.
Dated: March 18, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/hyw
cc: Bryan D Robinson, Esq.