

# MKC
## LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

May 3, 2022

*Via ECF; Total Pages: 1*
Hon. Laura Taylor Swain, U.S.D.J.
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re:  Ramirez v. N&M Food Wholesale Supply Inc. et al.
     Docket No.: 1:20-cv-09557-LTS-JLC

Dear Judge Swain:

This office represents Defendants in the above referenced matter. The parties jointly submit this letter to respectfully request an adjournment of the Final Pretrial Conference currently scheduled for Friday, May 20, 2022, at 11:00 a.m. The mediation was initially scheduled to take place on April 27, 2022; however, the parties were unable to conduct the mediation session due to Defendants' religious observance of Ramadan.

The parties have previously submitted a request to adjourn the Final Pretrial Conference on March 18, 2022 and was granted by Your Honor on March 21, 2022. The deadlines to file the Pretrial Conference materials were extended to May 13, 2022, 7 days before the new date of the Final Pretrial Conference. The mediation is currently scheduled to take place on Monday, May 9, 2022 at 10:00 am with mediator Epifanio Castillo. In the event that the mediation is unsuccessful, the parties would require more time to meet and confer regarding the Joint Pretrial Statement. As such, the parties jointly request an adjournment of the deadlines for filing the Pretrial Conference materials and the Final Pretrial Conference. This is the second request for an adjournment in this matter.

Thank you for your consideration and kind courtesies in addressing this matter.

The final pretrial conference currently scheduled for May 20, 2022, is adjourned to July 8, 2022, at 12:00 p.m. The deadlines set forth in the Court's Pretrial Scheduling Order (docket entry no. 51) are extended accordingly. All other provisions of the Pretrial Scheduling Order remain in effect. DE#59 resolved.

SO ORDERED.
Dated: May 4, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/hyw

cc: Bryan D Robinson, Esq.