```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENRIQUE RAMIREZ,

           Plaintiff,

    -v-

N&M FOOD WHOLESALE SUPPLY INC., *et al.*,

           Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-9557 (LTS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    WHEREAS, the parties have reported a settlement in principle by letter dated May 10, 2022 (Dkt. No. 61);

    IT IS HEREBY ORDERED that all deadlines are hereby adjourned *sine die*;

    IT IS HEREBY FURTHER ORDERED that the parties are directed to file a joint letter motion along with their settlement agreement **no later than May 27, 2022,** to request court approval. The letter motion should explain why the proposed settlement is fair and reasonable and otherwise complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    The parties should submit their settlement papers to Chief Judge Swain, unless they agree to consent to my jurisdiction to review the settlement under 28 U.S.C. § 636(c). Consent forms are available on the Court website.

    **SO ORDERED.**

Dated: May 11, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge